1   Xavier A. Powell
2   Po Box 83561
3   Los Angeles, CA 90083
4   (310) 465-4042 phone
5   Xap17@hotmail.com
6



FILED

DEC 15 2014

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

7

8        UNITED STATES BANKRUPTCY COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   In re: Xavier A. Powell          Case No: 1:09-BK-14099-KT
12              VS.                    Chapter: 7
13   U.S. Department of Education
14   Inc; CSU northridge,
15   Nelnet,           Educational   Date:
                                      Time:
16   Computer Systems Inc Debtor(s).  Location:

17

18        Declaration
19   Motion to Reopen Bankruptcy
20   Chapter 7 for Complaint to
21   Determine Dischargeability
22   of Student Loans Debts and
23
24   Pell Grant Overpay
25
26
27
28   See attached complaint

MOTION TO REOPEN BANKRUPTCY CHAPTER 7 FOR COMPLAINT TO DETERMINE
DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL GRANT OVERPAY

DATE 12-12-2014

1.  The debtor, Xavier Powell, filed this case under Chapter 7 of the Bankruptcy Code on 4-10-2009. This

    action is under 28 U.S.C. Sec. 1334.

2.  Unsecured debts particularly student loan obligations owing by the debtor and listed on her Schedule

    "F" with the filing dates of 6/9/09, 8/9/11, 8/18/11, and 11/16/11 and owing to Defendants/Creditors

    Nelnet, Educational Computer Systems Inc. and U.S. Department of Education are in dispute.

3.  These loans were incurred to pay for expenses for school.

4.  The aforementioned loans originated in 2008 and 2009, 1993, 1994, 1995, and a Pell Grant Overpay

    originated in 2008 to 5/2009 are the loans debtor is requesting to be discharged under Bankruptcy

    Chapter 7. A IT account is included to discharge account number 81850139124515 at $198.61.

5.  The debtor, Xavier Powell received a discharge under Title 11 U.S.C. Section 523 (a) on 7/24/09.

6.  The case was subsequently reopened 6-09-2010.

7.  Since that time the Debtor has been unemployed for the last couple of years. Currently she has no

    income and prospects for employment are weak because of an un-viably in today's job market. Debtor's

    basic necessaries for living are provided thru the support of General Relief DPSS EBT, family and

    friends. Debtor is currently a student residing with a parent.

8.  The debtor has no current or anticipated available income or resources with which to pay the

    aforementioned loans and any payment on those loans would create undue hardship to her current well-

    being and advancement in life.

9.  Good faith efforts have been made to negotiate these loans however to no avail.

10. In the United Student Aid Finds vs. Espinosa (08-1134) 553 . F. 3rd 1193, Supreme Court Judge

    Clarence Thomas assented that the discharge of the student loans of the debtor was valid due to the

    creditors not making a timely objection and failure to make cause for undue hardship before discharge.

11. To support the Complaint, the Plaintiff cites the following case: to prove undue hardship in the matter, Brunner vs. New York State Higher Education Service Corp. 831 F. 2nd 395, S2d. Cir 1987). I declare under penalty of perjury for the laws that govern the USA that the foregoing is true and correct.

12. Agency v. Faish (In re Faish), 72 F.3d 298, 306 (3d Cir. 1995) (adopting Brunner test).Under this test, the debtor must establish:(1) that the debtor cannot maintain, based on current income and expenses, a"minimal" standard of living for herself and her dependents if forced to repay the loans; (2) that additional circumstances exist indicating that this state of affairs is likely to persist for a significant portion of the repayment period of the student loans; and (3) that the debtor has made good faith efforts to repay the loans.

13. Under false pretenses CSU Northridge imposed a loan Fall 2011 (a loan) that I request to be cancelled due to CSU Northridge failure to advise processing a concurrent enrollment. CSU Northridge financial aid department was very well aware of my enrollment in a different college by view of FAFSA.

14. Pell Grant Overpayments occur when a student drops out of classes full time. I have dropped of no classes. CSU Northridge had the option of adjusting the amount they miscalculated as an adjustment for 2008-2009 well into the 2009-2010 school year by reducing the subsequent pell grant payments for 2009-2010. However, they over-awarded the pell grant money after they accused me of receiving worker compensation money that is nontaxable on FAFSA. I have already updated the EFC on the FAFSA SAR report. At this time, I am in no position to pay any pell grant overpayments. I am on General Relief and EBT Cal Fresh. See CFR 690.80 (a).

15. Section 523 (a) (8) of the Bankruptcy Code , as revised in 2005 , states: unless excepting such debt from discharge under this paragraph would impose an undue hardship on the debtor and the debtor's dependents for (A) (i) and educational benefit overpayment or loan made, insured, or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit or nonprofit institution: or (ii) an obligation to repay funds received as an educational benefit, scholarship, or stipend: or (B) any other educational loan that is a qualified education loan, as defined in section 221(d)(1) of the Internal Revenue Code 1986, incurred by a debtor who is an individual.

16. Therefore. I am asking in this declaration motion to reopen this bankruptcy and allow an adversary pleading to discharge the debts. Once I receive the decision from the courts, I can have the adversary pleading filed.

Signed: Plaintiff Xavier A Powell    _Xavier A Powell_    12/12/14

**Xavier Powell**          **009154378**          go to ...  ⌄  ⟫

## CSUN Student Account Information

### Student Account Information -- Feb 7, 2013 09:02:07 AM

| Term | Charge Type | Total Charges Outstanding | Anticipated Aid | Future Charges | Current Balance Outstanding |
|---|---|---|---|---|---|
| Fall Semester 2009 | Tuition and Other Fees | $667.67 | $0.00 | $0.00 | $667.67 |
| Spring Semester 2010 | Tuition and Other Fees | $408.00 | $0.00 | $0.00 | $408.00 |
| Spring Semester 2010 | Housing | $266.00 | $0.00 | $0.00 | $266.00 |
| Summer Term 2010 | The Tseng College | $338.00 | $0.00 | $0.00 | $338.00 |
| Fall Semester 2011 | Tuition and Other Fees | $6,219.00 | $0.00 | $0.00 | $6,219.00 |
| | TOTAL | $7,898.67 | $0.00 | $0.00 | $7,898.67 |

Holds          Tseng College Payment          CSUN Payment

**Transaction History**

Date From: 08/02/200 ▦  Date To: 12/22/201 ▦    Show History    Hide History

### Charges and Payments by Post Date

| Term | Transaction Type | Charges | Credits | Date Posted |
|---|---|---|---|---|
| Fall Semester 2008 | FINANCIAL AID BALANCE CHECK | $7,730.40 | | 08/17/2008 |
| Fall Semester 2008 | Grant, Federal Pell Grant | | $2,366.00 | 08/17/2008 |
| Fall Semester 2008 | Grant, Federal Sup Ed Op | | $150.00 | 08/17/2008 |
| Fall Semester 2008 | Grant, State EOP | | $425.00 | 08/17/2008 |
| Fall Semester 2008 | Loan, Unsubsidized Stafford | | $421.40 | 08/17/2008 |
| Fall Semester 2008 | Loan, Federal Perkins | | $2,000.00 | 08/17/2008 |
| Fall Semester 2008 | Loan, Subsidized Stafford | | $2,695.00 | 08/17/2008 |
| Fall Semester 2008 | State University Grant | | $1,524.00 | 08/17/2008 |
| Fall Semester 2008 | Parking | $162.00 | | 08/25/2008 |
| Fall Semester 2008 | STUDENT PARKING SEM AUTO | | $162.00 | 08/25/2008 |
| Spring Semester 2009 | Tuition and Other Fees | $1,876.00 | | 11/12/2008 |
| Spring Semester 2009 | FINANCIAL AID BALANCE CHECK | $7,703.42 | | 01/11/2009 |
| Spring Semester 2009 | Grant, Federal Pell Grant | | $2,365.00 | 01/11/2009 |
| Spring Semester 2009 | Grant, Federal Sup Ed Op | | $150.00 | 01/11/2009 |
| Spring Semester | | | | |

| Semester | Description | Charge | Payment | Date |
|---|---|---|---|---|
| 2009 | Grant, State EOP | | $425.00 | 01/11/2009 |
| Spring Semester 2009 | Loan, Unsubsidized Stafford | | $420.42 | 01/11/2009 |
| Spring Semester 2009 | Loan, Federal Perkins | | $2,000.00 | 01/11/2009 |
| Spring Semester 2009 | Loan, Subsidized Stafford | | $2,695.00 | 01/11/2009 |
| Spring Semester 2009 | State University Grant | | $1,524.00 | 01/11/2009 |
| Spring Semester 2009 | Parking | $162.00 | | 01/21/2009 |
| Spring Semester 2009 | STUDENT PARKING SEM AUTO | | $162.00 | 01/21/2009 |
| Fall Semester 2008 | EOP Academic Excellence Grant | | $100.00 | 04/24/2009 |
| Spring Semester 2009 | EOP Academic Excellence Grant | | $100.00 | 04/24/2009 |
| Spring Semester 2009 | Loan, Unsubsidized Stafford | $196.00 | | 04/24/2009 |
| Fall Semester 2009 | Tuition and Other Fees | $2,057.00 | | 06/23/2009 |
| Fall Semester 2009 | Tuition and Other Fees | $336.00 | | 07/25/2009 |
| Fall Semester 2009 | DL SUBSIDIZED LOAN 1 | | $2,737.00 | 08/15/2009 |
| Fall Semester 2009 | DL UNSUBSIDIZED LOAN 1 | | $2,617.00 | 08/15/2009 |
| Fall Semester 2009 | Grant, Federal Pell Grant | | $2,675.00 | 08/15/2009 |
| Fall Semester 2009 | Grant, Federal Sup Ed Op | | $250.00 | 08/15/2009 |
| Fall Semester 2009 | Grant, State EOP | | $425.00 | 08/15/2009 |
| Fall Semester 2009 | State University Grant | | $2,013.00 | 08/15/2009 |
| Fall Semester 2009 | FINANCIAL AID BALANCE CHECK | $8,324.00 | | 08/16/2009 |
| Fall Semester 2009 | Parking | $180.00 | | 08/24/2009 |
| Fall Semester 2009 | STUDENT PARKING SEM AUTO | | $180.00 | 08/24/2009 |
| Fall Semester 2009 | Housing | $3,360.00 | | 08/27/2009 |
| Fall Semester 2009 | Housing Initial Charge | $275.00 | | 08/27/2009 |
| Fall Semester 2009 | HOUSING DEPOSIT PAYMENT | | $275.00 | 08/28/2009 |
| Fall Semester 2009 | HOUSING PAYMENT | | $1,338.00 | 08/28/2009 |
| Fall Semester 2009 | Housing | | $15.00 | 09/14/2009 |
| Fall Semester 2009 | HOUSING PAYMENT | | $669.00 | 10/01/2009 |
| Fall Semester 2009 | HOUSING PAYMENT | | $579.00 | 11/02/2009 |
| Fall Semester 2009 | Parking | | $90.00 | 11/02/2009 |
| Spring Semester 2010 | Tuition and Other Fees | $2,408.00 | | 11/09/2009 |

| Fall Semester 2009 | HOUSING PAYMENT | | $469.00 | 12/09/2009 |
|---|---|---|---|---|
| Spring Semester 2010 | Housing | $2,672.00 | | 12/10/2009 |
| Fall Semester 2009 | Housing | $15.00 | | 12/14/2009 |
| Spring Semester 2010 | DL SUBSIDIZED LOAN 2 | | $1,369.00 | 01/09/2010 |
| Spring Semester 2010 | DL UNSUBSIDIZED LOAN 2 | | $4,657.00 | 01/09/2010 |
| Spring Semester 2010 | Grant, Federal Pell Grant | | $2,675.00 | 01/09/2010 |
| Spring Semester 2010 | State University Grant | | $2,013.00 | 01/09/2010 |
| Spring Semester 2010 | FINANCIAL AID BALANCE CHECK | $5,634.00 | | 01/12/2010 |
| Fall Semester 2008 | FINANCIAL AID BALANCE CHECK | $4.00 | | 01/12/2010 |
| Fall Semester 2009 | HOUSING PAYMENT | | $215.00 | 01/12/2010 |
| Spring Semester 2010 | DL SUBSIDIZED LOAN 2 | $1,369.00 | | 01/13/2010 |
| Spring Semester 2010 | DL UNSUBSIDIZED LOAN 2 | $4,657.00 | | 01/13/2010 |
| Spring Semester 2010 | DL SUBSIDIZED LOAN 3 | | $1,369.00 | 01/17/2010 |
| Spring Semester 2010 | DL UNSUBSIDIZED LOAN 3 | | $4,657.00 | 01/17/2010 |
| Spring Semester 2010 | DL UNSUBSIDIZED LOAN 3 | $249.00 | | 02/26/2010 |
| Spring Semester 2010 | Grant, Federal Sup Ed Op | | $250.00 | 02/26/2010 |
| Summer Term 2010 | The Tseng College | $1,735.00 | | 03/30/2010 |
| Spring Semester 2010 | Housing | $175.00 | | 05/06/2010 |
| Spring Semester 2010 | HOUSING PAYMENT | | $175.00 | 05/13/2010 |
| Summer Term 2010 | Housing | $1,863.54 | | 05/24/2010 |
| Summer Term 2010 | Housing Initial Charge | $50.00 | | 05/24/2010 |
| Summer Term 2010 | HOUSING INITIAL PAYMENT | | $50.00 | 05/25/2010 |
| Summer Term 2010 | DL UNSUBSIDIZED LOAN 4 | | $1,309.00 | 05/26/2010 |
| Summer Term 2010 | FINANCIAL AID BALANCE CHECK | $695.46 | | 05/26/2010 |
| Summer Term 2010 | SUMMER FEDERAL PELL GRANT 2 | | $1,338.00 | 05/26/2010 |
| Summer Term 2010 | SUMMER STATE UNIV. GRANT SPECI | | $1,647.00 | 05/26/2010 |
| Spring Semester 2010 | Housing | $8.33 | | 05/27/2010 |
| Fall Semester 2009 | Housing Initial Charge | | $100.00 | 06/02/2010 |
| Fall Semester 2009 | GENERAL REFUND | $92.67 | | 06/10/2010 |
| Spring Semester | Grant, Federal Pell Grant | $675.00 | | 08/06/2010 |

Form B6F (Official Form 6F) - (Rev. 12/07)                                        2007 USBC, Central District of California

In re **Xavier A. Powell**                                      Case No.: **1:09-bk-14099-KT**

AUG - 9 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA  Debtor.
BY _____ Deputy Clerk                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 818 5013912451 5 AT+T 0001 Payment Center, Sacramento, CA 95887 | | N/A | 4-6-2009 | | | | $ 198.61 plus Lates |
| Last four digits of ACCOUNT NO. 0426500589 7 NCO Financial Systems, Inc. PO Box 15618 Dept 7 Wilmington, DE 19850 | | | 8/31/2004 LA Fire Department Car Accident | | | | $ 488.75 |
| Last four digits of ACCOUNT NO. 009154378 Scho 86- 59 7572 CSU Northridge University Cash Services 18111 Nordhoff St 9330-811 Northridge, CA | | | Pell Grant Overpayment Fall 2008 Spring 2009 8/2008 and 1/2009 August 2008 and January 2009 | | | | $1,679.67 |
| Last four digits of ACCOUNT NO. 86559 7572 Educational Computer Systems, Inc. 181 Montour Run Road Coraopolis, PA 15108-4408 | | | Perkins Loan Incurred Fall 2008/Spring 2009 | | | | $4026.73 |
| for CSU Northridge | | | | | | | |

Continuation Sheets attached

Subtotal ➤  $ 6,393.76

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ 6,393.76

Main Document

# California State University
# Northridge

Financial Aid & Scholarship Department
Division of Student Affairs
Bayramian Hall, Student Services Center
18111 Nordhoff Street, Northridge, CA 91330-8307
Phone: (818) 677-4085
www.csun.edu/finaid/

Student's Name:    **Powell,Xavier**

Student ID Number:    009154378

We have received your financial aid application but there are errors on your application.
The errors are due to one or more of the following reasons:

- You said Yes to being a Graduate student

- You said Yes to being a Graduate student but you are a Credential student at CSUN. Only Master's degree students are considered Graduate students for financial aid.

- You said Yes to having a Bachelor's Degree

- You indicated the incorrect degree/certificate/grade level

- You reported an incorrect Social Security Number

- You reported an incorrect Alien Registration Number

- You reported an incorrect citizenship status

- You reported an incorrect date of birth

We must have your authorization before we send corrections to your financial aid application.

I *Xavier A. Powell* , authorize the CSU, Northridge Financial Aid and Scholarship Department

to send changes on my behalf to the Central Processor for the 2011-12 academic year. I understand that any changes

made may affect my eligibility for financial aid.

*Xavier A. Powell*
Signature

*8-30-2011*
Date

**This form must be mailed or submitted in person.    We must have original signatures.**



to the student requesting repayment of the overpayment amount. The notice must state that failure to make that repayment, or to make arrangements satisfactory to the holder of the overpayment debt to repay the overpayment, makes the student ineligible for further title IV, HEA program funds until final resolution of the Federal Pell Grant overpayment.

(2) If a student objects to the institution's Federal Pell Grant overpayment determination on the grounds that it is erroneous, the institution must consider any information provided by the student and determine whether the objection is warranted.

(c) Except as provided in paragraph (a)(3) of this section, if the student fails to repay a Federal Pell Grant overpayment or make arrangements satisfactory to the holder of the overpayment debt to repay the Federal Pell Grant overpayment, after the institution has taken the action required by paragraph (b) of this section, the institution must refer the overpayment to the Secretary for collection purposes in accordance with procedures required by the Secretary. After referring the Federal Pell Grant overpayment to the Secretary under this section, the institution need make no further efforts to recover the overpayment.

(Authority: 20 U.S.C. 1070a)

[57 FR 67083, Nov. 1, 2002]

§ 690.80   Recalculation of a Federal Pell Grant award.

(a) *Change in expected family contribution.* (1) The institution shall recalculate a Federal Pell Grant award for the entire award year if the student's expected family contribution changes at any time during the award year. The change may result from—

(i) The correction of a clerical or arithmetic error under § 690.14; or

(ii) A correction based on information required as a result of verification under 34 CFR part 668, subpart E.

(2) Except as described in 34 CFR 668.60(c), the institution shall adjust the student's award when an overaward or underaward is caused by the change in the expected family contribution. That adjustment must be made—

(i) Within the same award year—if possible—to correct any overpayment or underpayment; or

(ii) During the next award year to correct any overpayment that could not be adjusted during the year in which the student was overpaid.

(b) *Change in enrollment status.* (1) If the student's enrollment status changes from one academic term to another term within the same award year, the institution shall recalculate the Federal Pell Grant award for the new payment period taking into account any changes in the cost of attendance.

(2)(i) If the student's projected enrollment status changes during a payment period after the student has begun attendance in all of his or her classes for that payment period, the institution may (but is not required to) establish a policy under which the student's award for the payment period is recalculated. Any such recalculations must take into account any changes in the cost of attendance. If such a policy is established, it must apply to all students.

(ii) If a student's projected enrollment status changes during a payment period before the student begins attendance in all of his or her classes for that payment period, the institution shall recalculate the student's enrollment status to reflect only those classes for which the student actually began attendance.

(c) *Change in cost of attendance.* If the student's cost of attendance changes at any time during the award year and his or her enrollment status remains the same, the institution may (but is not required to) establish a policy under which the student's award for the payment period is recalculated. If such a policy is established, it must apply to all students.

(Authority: 20 U.S.C. 1070a)

[50 FR 10724, Mar. 15, 1985, as amended at 59 FR 54735, Nov. 1, 1994]

§ 690.81   Fiscal control and fund accounting procedures.

(a) An institution shall follow provisions for maintaining general fiscal records in this part and in 34 CFR 668.24(b).

Form B6F (Official Form 6F) - (Rev. 12/07)

**FILED**

**AUG - 9 2011**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

2007 USBC, Central District of California

In re **Xavier A. Powell** Debtor.

Case No.: **1:09-bk-14099-KT**
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND, CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 818 5013912451 5 <br> AT&T <br> Payment Center  0001 <br> Sacramento, CA 95857- |  | N/A | 4-6-2009 |  |  |  | $198.61 plus Lates |
| Last four digits of ACCOUNT NO. 04 265005897 <br> NCO Financial Systems, Inc. <br> PO Box 15618 Dept 35 <br> Wilmington, DE 19850 |  |  | 8/31/2004 <br> LA Fire Department <br> Car Accident |  |  |  | $488.75 |
| Last four digits of ACCOUNT NO. 009154378/ SS# 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 <br> CSU Northridge <br> University Cash Services <br> 18111 Northoff St 91330-8214 |  |  | Pell Grant Overpayment <br> Fall 2008 Spring 2009 <br> 8/2008 and 1/2009 <br> August 2008 and January 2009 |  |  |  | $1,679.67 |
| Last four digits of ACCOUNT NO. 56659 7572 <br> Educational Computer Systems, Inc. <br> 181 Montour Run Road <br> Coraopolis, PA 15108-9408 <br> for CSU Northridge |  |  | Perkins Loan Incurred <br> Fall 2008 / Spring 2009 |  |  |  | $4026.73 |

_____ Continuation Sheets attached

Subtotal ▶ $6,393.76

Total ▶ $6,393.76
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

In re _Xavier A. Powell_                              Debtor.    Case No.: _1:09-bk-14099-KT_ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 566597572/235026 <br> ACT (Same as CSU Northridge) <br> Account Control Technology, Inc. <br> 6918 Owensmouth Ave PO Box 8012 | | | Fall 2008/Spring 2009 <br> August 2008 <br> January/2009 | | | | (Same as CSU Northridge) $1,679.67 |
| Last four digits of ACCOUNT NO. Dept. 235026—NTCI <br> Canoga Park, CA 91309-8012 | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Sheet no. **2** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 6,393.76

Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤  $ 6,393.76

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

In re: **Xavier A. Powell**                              Case No.: **1:09-bk-14099-KT**
                                          Debtor.                              (If Known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. J092169962 Nelnet Lincoln, NE Po Box 82561 68501 | | | February 2, 1993 | | | | $6,230.85 + 116.78 $6347.63 Total |
| Last four digits of ACCOUNT NO. J092169962 Nelnet Po Box 82561 Lincoln, NE 68501 | | | August 19, 1994 | | | | $3,111.45 + 58.33 $3169.77 |
| Last four digits of ACCOUNT NO. D028891971 Nelnet Po Box 82561 Lincoln, NE 68501 | | | September 6, 2007 | | | | $4695.00 + 188.80 $4,883.80 |
| Last four digits of ACCOUNT NO. D028891971 Nelnet Po Box 82561 Lincoln, NE 68501 | | | September 6, 2007 | | | | $5,500.00 + 221.17 $5,721.17 |

Subtotal ➤ $20,122.37

_____ Continuation Sheets attached

Total
(Use only on last page of the completed Schedule F.) ➤
(Report also on Summary of Schedules and, if applicable, on
the Statistical Summary of Certain Liabilities and Related Data.)    $20,122.37

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

In re **Xavier A. Pewell**                          Case No.:
                                        Debtor.    1:09-bk-14099-KT
                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. E802486120 Nelnet PoBox 82561 Lincoln, NE 68501 | | | 8-15-2008 | | | | $769.45 + 30.94 $800.39 |
| Last four digits of ACCOUNT NO. E802486120 Nelnet PoBox 82561 Lincoln, NE 68501 | | | 8-15-2008 | | | | $5,500.00 + 195.15 $5,695.15 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal ➤ | $ 6,495.54 |
| Sheet no. ____ of ____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | | | | $ 6,495.54 |

Official Form 6F (12/07)

In Re: _____XAVIER A. POWELL_____     Case No. _____1:09-BK-14099-KT_____
                    **Debtor**                                              (if known)

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account Number:** Nelnet | CSU Northridge PO Box 82561 Lincoln, NE 68501 | | | Spring 2009 / January 2009 Federal Perkins Loan | | | | $2000 Plus Interest |
| **Account Number:** Nelnet | CSU Northridge PO Box 82561 Lincoln, NE 68501 | | | Spring 2009 / January 2009 Subsidized Stafford | | | | $2750.00 Plus Interest |
| **Account Number:** Nelnet | CSU Northridge PO Box 82561 Lincoln, NE 68501 | | | Spring 2009 / January 2009 Unsubsidized Stafford | | | | $229.00 |
| **Account Number:** Nelnet PO Box 82561 Lincoln, NE 68501 | | | N.Trd. August 2009 Direct Subsidized Stafford Loan | | | | $2750.— |
| | | | | | | Subtotal | $4979.00 |
| | | | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $4979.00 |

__0__  continuation sheets attached

# California State University
# Northridge

Powell, Xavier <xavier.powell.39@my.csun.edu>

## CSUN 2011-2012 Financial Aid Application Received

1 message

**financial aid** <financial.aid@csun.edu>                    Mon, Feb 14, 2011 at 2:01 PM
To: "xavier.powell.39@my.csun.edu" <xavier.powell.39@my.csun.edu>

California State University

# Northridge

*Financial Aid & Scholarship Department, Division of Student Affairs*

**DATE:** 2/14/2011                    **STUDENT ID NUMBER:** 009154378

**WE RECEIVED YOUR 2011-12 FINANCIAL AID APPLICATION!**

Dear Xavier Powell:

Beginning in late-March, you may log onto the *my*Northridge Portal at www.csun.edu and review *My Checklist* to track the progress of your application. If additional documents are needed from you we will notify you at your **CSUN email address** and the requested document(s) will be posted under *My Checklist*. It is important to return requested documents by **May 2, 2011** or your financial aid options may be limited to only federal grants and student loans and we may be unable to protect your fall enrollment.

Please note: We will begin sending award notices in April for the fall term. Only students with complete files will be awarded.

The Financial Aid & Scholarship Department looks forward to helping you find the financing you need to attend and graduate from Cal State Northridge. Log onto the *my*Northridge Portal for updates and important information or visit our website at http://www.csun.edu/finaid/ for answers to frequently asked questions. We are here to help!

**California State University**
# Northridge

Powell, Xavier <xavier.powell.39@my.csun.edu>

---

## Important CSUN 2010-2011 Financial Aid Information Needed
1 message

---

financial aid <financial.aid@csun.edu>                                    Mon, Feb 21, 2011 at 8:46 AM
To: "xavier.powell.39@my.csun.edu" <xavier.powell.39@my.csun.edu>

---

California State University

# Northridge

*Financial Aid & Scholarship Department, Division of Student Affairs*

**DATE: 2/21/2011**                    **STUDENT ID NUMBER: 009154378**

## 2010 - 11 FINANCIAL AID ACTION LIST

Dear Xavier Powell:

We are ready to move forward on processing your financial aid application for the 2010-11 academic year; however, we require more documentation before we can continue.

**IMMEDIATE ACTION NEEDED:**

   Check your To-Do List on the <u>myNorthridge Portal</u>.

      o Select *My Path to Graduation > Student Center (SOLAR) > To Do List*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO REOPEN BANKRUPTCY CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL GRANT OVERPAY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _12/15/2014_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Elan S. Levey | Assistant United States Attorney
United States Attorney's Office | Central District of California
300 N. Los Angeles Street | Fed. Bldg., Rm. 7516 | Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/12/2014 | CHRIS DICKA (Los Angeles County RPS#6760) | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO REOPEN BANKRUPTCY
CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL
GRANT OVERPAY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  12/12/2014  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
United States Trustee (SV)
21051 Warner Center Lane , Suite 115
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/12/2014 | CHRIS DICKA (Los Angeles County RPS#6760) | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*):  MOTION TO REOPEN BANKRUPTCY
CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL
GRANT OVERPAY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __12/12/2014____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Diane Weil
Chapter 7 Trustee
16000 Ventura Blvd., Suite 1000
Encino, CA 91436

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/12/2014 | CHRIS DICKA (Los Angeles County RPS#6760) | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO REOPEN BANKRUPTCY CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL GRANT OVERPAY _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __12/12/2014___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Nelnet
PO Box 82561
Lincoln, NE 65801

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/12/2014 | CHRIS DICKA (Los Angeles County RPS#6760) | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO REOPEN BANKRUPTCY
CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL
GRANT OVERPAY
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __12/12/2014____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

Educational Computer Systems, Inc.
181 Montour Run Road
Corapolis, PA 15108

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/12/2014 | CHRIS DICKA (Los Angeles County RPS#6760) | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*): <u>MOTION TO REOPEN BANKRUPTCY</u>
<u>CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL</u>
<u>GRANT OVERPAY</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>12/12/2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

    CSU NORTHRIDGE
    Attn: Shen Milunovic /Student Accounting Cash Services
    18111 Nordhoff Street, BH 100R
    Northridge, CA  91320

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>12/12/2014</u> | <u>CHRIS DICKA (Los Angeles County RPS#6760)</u> | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO REOPEN BANKRUPTCY
CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL
GRANT OVERPAY
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  12/12/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Joshua D. Cohen
1111 Broadway 24th Floor
Oakland, CA 94607

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/12/2014 | CHRIS DICKA (Los Angeles County RPS#6760) | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*): <u>MOTION TO REOPEN BANKRUPTCY</u>
<u>CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL</u>
<u>GRANT OVERPAY</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __12/12/2014__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Scott A. Schiff of Soukup & Schiff, LLP
1801 Century Park East, Suite 470
Los Angeles, CA 90067

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method** <u>for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/12/2014 | CHRIS DICKA (Los Angeles County RPS#6760) | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

South Bay Attorney Service: 4351 West 142nd Street, Suite C, Hawthorne, CA 90250

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO REOPEN BANKRUPTCY
CHAPTER 7 FOR COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS DEBTS AND PELL
GRANT OVERPAY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___12/12/2014____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Adam L Streltzer , Esq. Attorney At Law
   1875 Century Park East Ste 700
   Los Angeles, CA 90067-2508

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/12/2014 | CHRIS DICKA (Los Angeles County RPS#6760) | |
| Date | Printed Name | Signature |

_This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California._

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Attached Page of Service

Honorable Alan M. Ahart
United States Bankruptcy Court /Central District of California
Office of the Clerk
21041 Burbank Blvd. Ste 342
Woodland Hills. CA 91367-6603


United States Trustee (SV)
21051 Warner Center Lane . Suite 115
Woodland Hills. CA 91367


Diane Weil
Chapter 7 Trustee
16000 Ventura Blvd., Suite 1000
Encino. CA 91436


Nelnet
PO Box 82561
Lincoln. NE 65801


Educational Computer Systems. Inc.
181 Montour Run Road
Coraopolis. PA 15108


CSU NORTHRIDGE
Attn: Sken Miranovic /Student Accounting Cash Services
18111 Nordhoff Street, BH 100R
Northridge. CA 91320


Joshua D. Cohen
1111 Broadway 24th Floor
Oakland, CA 94607


Elan S. Levey | Assistant United States Attorney
United States Attorney's Office | Central District of California
300 N. Los Angeles Street | Fed. Bldg., Rm. 7516 | Los Angeles, CA  90012


Scott A. Schiff of Soukup & Schiff. LLP
1801 Century Park East. Suite 470
Los Angeles. CA 90067


Adam L. Streltzer . Esq. Attorney At Law
1875 Century Park East Ste 700
Los Angeles. CA 90067-2508